UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JANICE KOEHLER

    Plaintiff,

  v.

MADISON COUNTY, ILLINOIS,

    Defendant.

Case No. 22-cv-2912-JPG

## JUDGMENT

This matter having come before the Court, and the plaintiff having failed to prosecute this case,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: July 19, 2024**

                    **MONICA A. STUMP, Clerk of Court**

                    **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**